**Order entered March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01388-CV

## TARSHA HARDY, Appellant

### V.

## COMMUNICATION WORKERS OF AMERICA, INC., ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

### ORDER

Before the Court is appellant's third motion for an extension of time to file her brief on the merits and appellees' response opposing the motion. Although the Court provided appellant with copies of the clerk's and reporter's records on a CD-ROM, appellant asserts in her motion that she does not have access to a computer with a CD-ROM drive and, therefore, cannot file her brief. We **GRANT** appellant's motion as follows. Appellant may obtain from the Clerk of this Court either (1) a free copy of the records on a flash drive or (2) a paper copy of the

records at a cost to appellant of ten cents per page. Appellant shall file her brief on the merits **WITHIN THIRTY DAYS** of the date of this order. We caution appellant that further extension requests will be strongly disfavored and that failure to file a brief by the due date may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    ERIN A. NOWELL
        JUSTICE